UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

FRANCISCA DURAN,

                                                                    Civil No.:  1:23-cv-9707

                          Plaintiff,

          -against-                                        **NOTICE OF REMOVAL**

J.B. HUNT TRANSPORT, INC, ROMANE
ASTAVE and FRANKLIN GONZALEZ,

                          Defendants.
-------------------------------------------------------------------- X

**TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

PLEASE TAKE NOTICE that defendants, J.B. HUNT TRANSPORT, INC. and

ROMANE ASTAVE, by and through their undersigned counsel, pursuant to 28 U.S.C. §§ 1332,

1441, and 1446, respectfully submits its Notice of Removal of this action from the Supreme Court

of New York, County of Bronx, in which this action is pending, to the United States District Court

for the Southern District of New York, being the district embracing the place where the action is

pending.  In support of its Notice of Removal, defendant states as follows:

1.       On or about July 12, 2023, plaintiff filed a lawsuit in the Supreme Court of New

York, County of Bronx, under Index No. 810656/2023E.  A true and complete copy of plaintiff's

Summons and Complaint is attached hereto and made a part hereof as **Exhibit "A"**.

2.       Plaintiff's Summons and Complaint was personally served on J.B. HUNT

TRANSPORT, INC., on October 13, 2023.

3.       Defendant J.B. HUNT TRANSPORT, INC. is a foreign business corporation

incorporated in the State of Georgia.

4.      Defendant J.B. HUNT TRANSPORT INC.'s principal place of business is located at 615 J.B. HUNT Corporate Drive, in Lowell, Arkansas 72745.

5.      Defendant ROMANE ASTAVE, is a resident and domiciliary of the Commonwealth of Virginia.

6.      Defendant J.B. HUNT TRANSPORT INC., at the time removal is sought from State Court to Federal Court, a foreign business corporation organized under the laws of the State of Georgia and has its principal place of business in Arkansas.

8.      This Notice of Removal is timely filed in that the Notice of Removal was filed within thirty (30) days of the defendants J.B.HUNT TRANSPORT, INC. and ROMANE ASTAVE first receiving a copy of plaintiff's Summons and Complaint. 28 U.S.C. § 1446(b).

9.      A copy of this Notice of Removal will be filed with the Clerk of the Supreme Court of New York, County of Bronx, and served on all parties as required by 28 U.S.C. § 1446(d).

10.      This Court has original jurisdiction over this action because there is complete diversity between the parties under 28 U.S.C. § 1332(a), and this action is removable to this Court pursuant to 28 U.S.C. § 1441(a)-(b).

11.      There is complete diversity of citizenship between the plaintiff and the defendants in this action because the plaintiff is a resident of Nassau, County, New York and, thus, a citizen of the State of New York.

12.      And, Defendant J.B. HUNT TRANSPORT, INC., is a citizen of the State of Georgia where it is incorporated and a citizen of the State of Arkansas where it has its principal place of business, Defendant, ROMANE ASTAVE, is a resident of the Commonwealth of Virginia.

13.     Furthermore, the amount in controversy is alleged to exceed $75,000, exclusive of

interests, costs and attorneys fee.

14.     No prior application for the same or similar relief has been made to this or any other

Court.

WHEREFORE, defendants J.B. HUNT TRANSPORT, INC. and ROMANE ASTAVE

respectfully request that this action be removed from the Supreme Court of New York, Bronx

County, and that this Court assume jurisdiction of this action and issue such further orders and

processes as may be necessary to bring before it all parties necessary for the trial.

Dated:  Harrison, New York
       November 3, 2023

                        Yours, etc.

                        GORDON REES SCULLY
                        MANSUKHANI, LLP

                    By:  *Rachel Gruenberg*
                        Rachel Gruenberg, Esq. (RG 7275)
                        *Attorneys for Defendants*
                        J.B. HUNT TRANSPORT, INC. and
                        ROMANE ASTAVE
                        500 Mamaroneck Avenue, Suite 503
                        Harrison, New York 10528
                        File No.: JBHUNT - 1329162

TO:
Albert Zaponte, Jr., Esq.
Attorney for Plaintiff
215 Uniondale Avenue
Uniondale, NY 11553
(516) 505-7001

Jonathan C. Goltzman, Esq.
Law Office of Dennis C. Bartling
Attorneys for Defendant Franklin Gonzalez
2 Huntington Quadrangle, Suite 1N01
Melville, New York 11747
516-229-4333