UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANCISCA DURAN,

          Plaintiff,

- against -

J.B. HUNT TRANSPORT, INC., ET AL.,

          Defendants.

23-cv-9707 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to provide a status update to the Court by **July 15, 2024**.

SO ORDERED.

Dated:    New York, New York
          July 8, 2024

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                  United States District Judge