UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANCISCA DURAN                                 :

        Plaintiff,                        :     ORDER

   -v.-                                               :
                                                       23 Civ. 9707 (JGK) (GWG)
J.B. HUNT TRANSPORT, INC. et al.,       :

        Defendants.                     :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    Discovery having concluded in this matter and the deadline for the filing of a summary judgment motion having expired (see Docket # 15), the parties are directed to file the joint pretrial order in the form provided in section V.A of Judge Koeltl's Individual Practices on or before April 10, 2025.

    SO ORDERED.

Dated: March 20, 2025
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge